H. R. MALLISON & Co., Respondent, *v.* WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, January 8, 1925.

Carriers — liability for partial loss of goods in transit — bill of lading limited loss to stated amount per pound — contract not affected by Second Cummins Amendment (39 U. S. Stat. at Large, 441, 442).

The liability of a carrier for partial loss in transit of goods shipped on a bill of lading limiting the liability to a stated amount per pound, is not affected by the Second Cummins Amendment (39 U. S. Stat. at Large, 441, 442) and a recovery for a partial loss may be had only on the basis specified in the bill of lading.

APPEAL by defendant from a judgment of the Municipal Court of the City of New York in favor of the plaintiff in the sum of $553.52 rendered by the court after a submission on stipulated facts.

*Stockton & Stockton* [*George M. Billings* of counsel], for the appellant.

*Theodore L. Bailey* [*G. E. Smith* of counsel], for the respondent.

PER CURIAM:

The Second Cummins Amendment (39 U. S. Stat. at Large, 441, 442, chap. 301), referred to in points of counsel, did not affect the right of a carrier to have a partial loss prorated in accordance with the terms of its contract with the shipper limiting its liability upon the basis of the declared value of the property.

There was a stated ratio of recovery in case of partial loss or damage, and the plaintiff's loss herein must be limited to the value of the lost case as declared at the rate of fifty cents per pound. (*Western Transit Co.* v. *Leslie & Co.,* 242 U. S. 448; *Kansas City Southern R. Co.* v. *Carl,* 227 id. 639.)

The judgment for the plaintiff is, therefore, modified by reducing it to the sum of sixty-four dollars and fifty cents, with interest, and costs, and as thus modified affirmed, with twenty-five dollars costs to the appellant; costs to be set off against the judgment.

All concur; present, GUY, O'MALLEY and LEVY, JJ.